# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| LIQUID CAPITAL EXCHANGE, INC., a Delaware corporation, | No. 20-CV-89 CJW-MAR |
| Plaintiff, | |
| vs. | **ORDER GRANTING MOTION FOR EXTENSION OF TIME** |
| BDC GROUP, INC., an Iowa corporation, | |
| Defendant, | |
| and | |
| Y.E.W. Construction, Inc., | |
| Defendant-Intervenors. | |
| BDC GROUP, INC., an Iowa corporation, | |
| Third-Party Plaintiff, | |
| vs. | |
| TRIPLE B CONSULTING, a Wyoming company, | |
| Third-Party Defendant. | |

The matter before the Court is plaintiff's Expedited Motion for Extension of Deadline to Reply to BDC's Resistance to Liquid Capital Exchange, Inc.'s Motion for Partial Summary Judgment. (Doc. 78). Plaintiff seeks a ten-day extension to reply to BDC's resistance to plaintiff's motion for partial summary judgment, (Doc. 76), and also seeks a three-day extension to respond to BDC's motion to strike (Doc. 77). This motion is unresisted.

**IT IS ORDERED** for good cause and the reasons stated in the motion, this motion is **granted.** Plaintiff's deadline to file a reply to BDC's resistance to the motion for partial summary judgment and to file a resistance to the motion to strike is extended to September 27, 2021.

**IT IS SO ORDERED** this 14th day of September, 2021.

_____
C.J. Williams
United States District Judge
Northern District of Iowa